

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PEARL RESOURCES OPERATING CO., LLC and PEARL RESOURCES, LLC, | § | No. 08-19-00289-CV |
| | § | Appeal from the |
| Appellants, | § | 83rd District Court |
| v. | § | of Pecos County, Texas |
| WILD WELL CONTROL, INC., | § | (TC# P-7797-A-83-CV) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on Appellants' unopposed motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore grant Appellant's motion and dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF MARCH, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.